COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Andre Demont Thompson v. The State of Texas

Appellate case number:     01-14-00862-CR

Trial court case number:    1364962

Trial court:                178th District Court of Harris County

On April 13, 2015, appointed counsel, Glenn J. Youngblood, filed a brief on appellant's behalf in accordance with *Anders v. California*, 386 U.S. 738 87 S. Ct. 1396 (1967).

On May 15, 2015, newly-retained counsel, Franklin Bynum, responded to Counsel Youngblood's *Anders* brief on appellant's behalf, by filing a "Motion to Strike *Anders* Brief and Set New Briefing Schedule." In the motion, Counsel Bynum neither contends that he has reviewed the record in this case nor argues that reversible error exists on the merits in this case. Instead, counsel merely contends that he was "just . . . hired" and "asks the Court to strike the *Anders* brief and set a new briefing schedule."

We **deny** the motion. Nevertheless, we will grant appellant a 30-day extension from the date of this Order within which to file a response to Counsel Youngblood's *Anders* brief. During the time period encompassed by the extension, we will entertain any motion filed by newly-retained counsel to strike Counsel Youngblood's *Anders* brief that is filed in conjunction with a brief presenting an argument for reversal of the trial court's judgment. No further extensions will be granted.

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                            ☒ Acting individually     ☐ Acting for the Court

Date: May 21, 2015